# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT
333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 26-5098                                         2. DATE DOCKETED: 03/31/2026

3. CASE NAME (lead parties only) LEAGUE OF UNITED LATIN AM v.    EXECUTIVE OFFICE OF THE PRESIDENT, ET AL

4. TYPE OF CASE:    ☒ District Ct - ○ US Civil ○ Private Civil ○ Criminal ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court    ☐ Original proceeding

5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?    ○ Yes ◉ No
   If YES, cite statute _____

6. CASE INFORMATION:
   a. District Court Docket No.              Bankruptcy Court Docket No.         Tax Court Docket No.
      Civil Action 25-0946-CKK              Bankruptcy _____          Tax _____
      Criminal _____              Adversary _____
      Miscellaneous _____         Ancillary _____
   b. Review is sought of:
      ☐ Final Order    ☒ Interlocutory Order appealable as of right    ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Collen Kollar-Kotelly _____    Magistrate Judge _____
   d. Date of order(s) appealed (use date docketed): March 3rd 2026    e. Date notice of appeal filed: March 28, 20
   f. Has any other notice of appeal been filed in this case?    ○ Yes ◉ No    If YES, date filed: _____
   g. Are any motions currently pending in trial court?    ○ Yes ◉ No    If YES, date filed: _____
      If YES, identify motion _____
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?    ○ Yes ◉ No
      If NO, why not? _____
   i. Has this case been before the Court under another appeal number? ○ Yes  Appeal # _____    ◉ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ○ Yes ◉ No If YES, give each case's court and case name, and docket number:

   k. Does this case turn on validity or correct interpretation or application of a statute?    ○ Yes ○ No
      If YES, give popular name and citation of statute RIGHTS TO VOTE AND TO ELECTION INTEGRITY

7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ○ Yes ◉ No    If so, provide program name and participation dates

Signature _____    Date 4/9/2026
Name of Party  Jose A Perez
Name of Counsel for Appellant/Petitioner  Jose A Perez
Address  307 Lakeside Drive
Phone ( 917 )  817-6104    Fax ( ____ ) ____ - ____

### ATTACH A CERTIFICATE OF SERVICE
Note:  If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.  Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)