[NOT YET SCHEDULED FOR ORAL ARGUMENT]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

LEAGUE OF UNITED LATIN AMERICAN
CITIZENS, ET AL.,

                Plaintiffs-Appellees,

      v.

EXECUTIVE OFFICE OF THE PRESIDENT, ET
AL.,

                Defendants-Appellees,

JOSE A. PEREZ,

                Movant-Appellant,

No. 26-5098

**MOTION FOR A THIRTY-DAY EXTENSION
TO FILE OPPOSITION TO APPELLANT'S DISPOSITIVE MOTION**

Pursuant to Federal Rule of Appellate Procedure 27 and Circuit Rule 27, the federal defendants hereby move for a thirty-day extension of time, up to and including May 26, 2026,[1] within which to file an opposition to movant-appellant's dispositive motion.  This motion is unopposed.  In support of this motion, counsel states as follows:

---

[1] May 24, 2026 is a Sunday and Monday May 25, 2026 is a federal holiday.

1.    On April 14, 2026, movant-appellant Jose A. Perez filed a dispositive motion, seeking summary reversal of the district court's denial of Mr. Perez's motion to intervene in district court. Mot. 2.

2.    Under Federal Rule of Appellate Procedure 27(a)(3)(A), plaintiffs-appellees and defendants-appellees' opposition to this dispositive motion is currently due on April 24, 2026.

3.    An extension of time is necessary to ensure sufficient time to prepare and file the response. The attorney with primary responsibility in the pending case, Laura Myron, is responsible for: *Elite Precision Customs LLC v. Bureau of Alcohol, Tobacco, Firearms, and Explosives*, No. 25-11206 (5th Cir.) (response brief due May 6, 2026); *Amir Bordbar v. TSA*, No. 25-1258 (D.C. Cir.) (response brief due May 14, 2026); *Medical Imaging & Technology Alliance v. Library of Congress*, No. 25-5328 (D.C. Cir.) (oral argument to be held May 15, 2026); and a number of other matters with pressing internal deadlines.

4. Mr. Brad Hinshelwood has supervisory responsibility for the government's response in this case. Mr. Hinshelwood also has supervisory responsibility for the following matters with upcoming deadlines: *Children's Hosp. Corp. v. Department of Justice*, No. 25-2092 (1st Cir.) (opening brief filed April 15, 2026); *Kelly v. Hegseth*, No. 26-5070 (D.C. Cir.) (reply brief due April 27, 2026; oral argument to be held May 7, 2026); *In re 2025 Subpoena to Children's*

*National Hospital*, No. 26-1104 (4th Cir.) (opening brief due April 29, 2026);

*Sookra v. Pfizer, Inc.*, No. 25-5200 (D.C. Cir) (oral argument to be held May 4, 2026); *Elite Precision Customs LLC v. Bureau of Alcohol, Tobacco, Firearms, and Explosives*, No. 25-11206 (5th Cir.) (response brief due May 6, 2026); *Van Loo v. United States*, No. 25-2930 (9th Cir.) (response brief due May 6, 2026); *Bretches v. United States*, No. 25-7405 (9th Cir.) (response brief due May 13, 2026).

5. Government counsel therefore respectfully request a 30-day extension of time, to and including May 26, 2026, to file an opposition to movant's dispositive motion. Counsel for plaintiffs-appellees consent to the motion provided they are granted the same extension of time for their own response to the motion.

6.       Movant-appellant, who is proceeding pro se in this matter, did not respond to a request for his position on the motion.

## CONCLUSION

For the foregoing reasons, the federal defendants-appellees respectfully move that the time for filing any opposition to movant-appellant's dispositive motion be extended by 30 days, to and including May 26, 2026.

Respectfully submitted,

Bradley A. Hinshelwood
 */s/ Laura E. Myron*
Laura E. Myron
(202) 514-4819
   Attorneys, Appellate Staff
   Civil Division
   U.S. Department of Justice
   950 Pennsylvania Ave., N.W.
   Washington, D.C.  20530

APRIL 2026

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 487 words.  This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using Microsoft Word 2016 in Times New Roman 14-point font, a proportionally spaced typeface.

*/s/ Laura E. Myron*
Laura E. Myron

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2026, I electronically filed the foregoing motion with the Clerk of the Court by using the appellate CM/ECF system.

I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system

*/s/ Laura E. Myron*
Laura E. Myron