# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| League of United Latin American Citizens, et al.,<br>          Appellees,<br><br>          v.<br><br>Executive Office of the President, et al.,<br>          Appellants,<br><br>Republican National Committee,<br>          Appellant. | No. 25-5476 (consolidated with No. 25-5478) |

## MOTION FOR THIRTY-DAY EXTENSION
## TO RESPOND TO DISPOSITIVE MOTION

Under D.C. Circuit Rule 27 and Federal Rule of Appellate Procedure 27, Appellant the Republican National Committee moves for a thirty-day extension to respond to Movant-Appellant Jose A. Perez's Motion for Summary Reversal. If the Court grants the motion, the RNC's response will be due May 26, 2026. In support of this motion, counsel for the RNC states:

1. On March 30, 2026, Movant-Appellant Jose A. Perez appealed from the district court's March 3, 2026 Order denying his motion to intervene.

2. On April 14, 2026, Mr. Perez moved for summary reversal of the district court's March 3, 2026 Order.

3. The RNC's deadline to respond to Mr. Perez's motion is April 24, 2026.

4. On April 20, 2026, the federal government Appellants moved for a thirty-day extension of their time to respond to Mr. Perez's motion. On April 22, the Democratic Party Appellees moved for a similar extension.

5. Counsel for the RNC have been involved in a substantial number of active matters with court-ordered deadlines over the last several weeks, including emergency briefing and expedited argument. Those expedited deadlines are likely to continue for the next several weeks. In addition, the RNC is still evaluating its position on Mr. Perez's motion, and requests additional time to form that position. Finally, granting the requested extension will align the RNC's deadline with those requested by the other parties.

6. The RNC thus respectfully requests a thirty-day extension, to and including May 26, 2026, to respond to Mr. Perez's motion for summary reversal. No party objects to the requested extension.

Dated:  April 23, 2026

Respectfully submitted,

*/s/ Gilbert C. Dickey*

Gilbert C. Dickey (D.C. Cir. 62954)
Thomas R. McCarthy (D.C. Cir. 48785)
Conor D. Woodfin (D.C. Cir. 64448)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
gilbert@consovoymccarthy.com
tom@consovoymccarthy.com
conor@consovoymccarthy.com

*Counsel for the RNC*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 259 words. This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared in a proportionally spaced typeface using Microsoft Word in Garamond 14-point font.

Dated: April 23, 2026                    /s/ *Gilbert C. Dickey*
                                         Gilbert C. Dickey
                                         *Counsel for the RNC*

# CERTIFICATE OF SERVICE

I certify that on April 23, 2026, I electronically filed the foregoing certificate with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record.

Dated: April 23, 2026

/s/ Gilbert C. Dickey
Gilbert C. Dickey
*Counsel for the RNC*