# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

<table>
<tr><td>

LEAGUE OF UNITED LATIN
AMERICAN CITIZENS, *et al.*,

      *Plaintiffs-Appellees*,

    v.

EXECUTIVE OFFICE OF THE
PRESIDENT, *et al.*,

      *Defendants-Appellants*,

JOSE A. PEREZ,

      *Movant-Appellant*.

</td><td>

Case No. 26-5098

</td></tr>
</table>

### LEAGUE AND LULAC PLAINTIFF-APPELLEES' MOTION FOR THIRTY-DAY EXTENSION OF TIME TO FILE OPPOSITION TO MOVANT-APPELLANT'S DISPOSITIVE MOTION

Pursuant to D.C. Circuit Rule 27 and Federal Rule of Appellate

Procedure 27, the League[1] and LULAC[2] Plaintiffs-Appellees ("League and

---

[1] League Appellees are the League of Women Voters Education Fund, League of Women Voters of the United States, League of Women Voters of Arizona, Hispanic Federation, National Association for the Advancement of Colored People, OCA-Asian Pacific American Advocates, and Asian and Pacific Islander American Vote.

[2] LULAC Appellees are the League of United Latin American Citizens, Secure Families Initiative, and Arizona Students' Association.

LULAC Appellees") move for a thirty-day extension, to and including May 26, 2026, to file an opposition to Movant-Appellant Jose A. Perez's Motion for Summary Reversal. This motion is unopposed.

In support of this motion, counsel for the League and LULAC Appellees states as follows:

1.    On March 30, 2026, Movant-Appellant Jose A. Perez noticed an appeal from the district court's March 3, 2026 Order denying Movant-Appellant's Motion to Intervene in the proceedings below.

2.    On April 14, 2026, Movant-Appellant filed with this Court a Motion for Summary Reversal of the district court's March 3, 2026 Order.

3.    The current deadline for the League and LULAC Appellees to respond to Movant-Appellant's Motion for Summary Reversal is April 24, 2026.

4.    On April 20, 2026, the federal government Appellants moved for a thirty-day extension of their time to respond to Mr. Perez's Motion for Summary Reversal. The League and LULAC Appellees consented to this motion provided the federal government Appellants reciprocally consent to their receiving a thirty-day extension of time to respond. The federal government Appellants indicated their consent in their extension motion to this Court. *See* Doc. 2169379 ¶ 5.

5.    The requested extension of time to respond to Mr. Perez's dispositive motion is necessary to ensure a sufficient opportunity to prepare an opposition, and to ensure that the response deadline for the League and LULAC Appellees remains synchronized with that of the other parties responding to Mr. Perez' dispositive motion.

6.    League and LULAC Appellees therefore respectfully request a 30-day extension of time, to and including May 26, 2026, to file an opposition to Movant-Appellant's Motion for Summary Reversal. Mr. Perez has provided his consent to this motion. Counsel for the remaining appellees do not object to the motion provided they are granted the same extension of time for their own response to the motion.

Respectfully submitted,


Dated: April 23, 2026                     Respectfully submitted,

*/s/ Brenda Wright*                       Sophia Lin Lakin
Leah C. Aden                             Ethan Herenstein
John S. Cusick                           Jonathan Topaz
Brenda Wright                            Clayton Pierce
NAACP LEGAL DEFENSE &                     Davin Rosborough
EDUCATIONAL FUND, INC.                    AMERICAN CIVIL LIBERTIES
40 Rector Street, 5th Floor              UNION FOUNDATION
New York, NY 10006                       125 Broad St., 18th Floor
(212) 965-2200                           New York, NY 10004
laden@naacpldf.org                       (212) 549-2500
jcusick@naacpldf.org                     slakin@aclu.org
bwright@naacpldf.org                     eherenstein@aclu.org
                                         jtopaz@aclu.org

3

Wendy R. Weiser
Eliza Sweren-Becker
BRENNAN CENTER FOR JUSTICE AT
NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
weiserw@brennan.law.nyu.edu
sweren-beckere@brennan.law.nyu.edu

Miranda Galindo
LATINO JUSTICE PRLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 392-4752
mgalindo@latinojustice.org

Niyati Shah
Alizeh Ahmad
ASIAN AMERICANS
ADVANCING JUSTICE-AAJC
1620 L Street, NW, Suite 1050
Washington, D.C. 20036
(202) 296-2300
nshah@advancingjustice-aajc.org
aahmad@advancingjustice-aajc.org

Pooja Chaudhuri (D.C. Bar No. 888314523)
Sofia Fernandez Gold (D.C. Bar No. 90010196)
Jacob Kovacs-Goodman (D.C. Bar No. 90032363)
Norman L. Eisen (D.C. Bar No. 435051)
Tianna J. Mays (D.C. Bar No. 90005882)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
(202) 601-8678
pooja@democracydefenders.org
sofia@democracydefenders.org
jacob@democracydefenders.org

cpierce@aclu.org
drosborough@aclu.org

Sarah Brannon
Adriel I. Cepeda Derieux
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St. NW
Washington, DC 20001
(740) 632-0671
sbrannon@aclu.org
acepedaderieux@aclu.org

Michael Perloff
Scott Michelman
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
OF THE DISTRICT OF COLUMBIA
529 14th Street NW, Suite 722
Washington, D.C. 20045
(202) 457-0800
mperloff@acludc.org
smichelman@acludc.org

/s/ Danielle Lang
Danielle Lang (D.C. Bar No. 1500218)
Anna M. Baldwin (D.C. Bar No. 998713)
Jonathan Diaz (D.C. Bar No. 1613558)
Heather Szilagyi (D.C. Bar No. 90006787)
Benjamin Phillips (D.C. Bar No. 90005450)
CAMPAIGN LEGAL CENTER
1101 14th St. NW, Suite 400
Washington, D.C. 20005
(202) 736-2200
abaldwin@campaignlegalcenter.org

4

norman@democracydefenders.org
tianna@democracydefenders.org

*Counsel for Plaintiffs League of United Latin American Citizens, Secure Families Initiative, and Arizona Students' Association*

dlang@campaignlegalcenter.org
jdiaz@campaignlegalcenter.org
bferguson@campaignlegalcenter.org
hszilagyi@campaignlegalcenter.org
bphillips@campaignlegalcenter.org

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 390 words. This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using Microsoft Word in Times New Roman 14-point font, a proportionally spaced typeface.

*/s/ Brenda Wright*
Brenda Wright
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
bwright@naacpldf.org

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2026, I electronically filed the foregoing motion with the Clerk of the Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system

> */s/ Brenda Wright*
> Brenda Wright
> NAACP LEGAL DEFENSE &
> EDUCATIONAL FUND, INC.
> 40 Rector Street, 5th Floor
> New York, NY 10006
> (212) 965-2200
> bwright@naacpldf.org