# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

LEAGUE OF UNITED LATIN
AMERICAN CITIZENS, *et al.*,

      *Plaintiffs-Appellees*,

    v.

EXECUTIVE OFFICE OF THE
PRESIDENT, *et al.*,

      *Defendants-Appellants*,

JOSE A. PEREZ,

      *Movant-Appellant*.

Case No. 26-5098

## DEMOCRATIC PARTY APPELLEES' NOTICE OF JOINDER OF LEAGUE AND LULAC APPELLEES' RESPONSE IN OPPOSITION TO MOTION OF JOSE A. PEREZ FOR SUMMARY REVERSAL AND CROSS-MOTION FOR SUMMARY AFFIRMANCE

The Democratic National Committee, Democratic Governors Association, Democratic Senatorial Campaign Committee, Democratic Congressional Campaign Committee, and the Democratic leaders of the U.S. Senate and House, Charles E. "Chuck" Schumer and Hakeem S. Jeffries (collectively, "Democratic Party Appellees") join in the League and LULAC Appellees' April 24, 2026 response in

1

opposition to the April 14, 2026 motion of Jose A. Perez for summary reversal of the District Court's denial of his motion to intervene, Order, *League of United Latin Am. Citizens v. Exec. Off. of the President*, No. 1:25-cv-946-CKK (Mar. 3, 2026), Dkt. 246. Democratic Party Appellees also join the League and LULAC Appellees' cross-motion for summary affirmance of the District Court's denial of Mr. Perez's motion.

Dated: May 22, 2026                     Respectfully submitted,

                                        */s/ Aria C. Branch*
                                        **ELIAS LAW GROUP LLP**
                                        Marc E. Elias (D.C. Cir. 43320)
                                        Aria C. Branch (D.C. Cir. 63057)
                                        Lalitha D. Madduri (D.C. Cir. 66802)
                                        Christopher D. Dodge (D.C. Cir. 65332)
                                        Jacob D. Shelly (D.C. Cir. 65676)
                                        Harleen K. Gambhir (D.C. Cir. 66895)
                                        James J. Pinchak (D.C. Cir. 67134)*
                                        250 Massachusetts Ave. NW, Suite 400
                                        Washington, DC 20001
                                        T: (202) 968-4652

                                        Tyler L. Bishop (D.C. Cir. 64981)
                                        1700 Seventh Ave. Suite 2100
                                        Seattle, WA 98101
                                        T: (206) 656-0177

                                        * Notice of Appearance forthcoming
                                        *Counsel for Democratic Party Appellees*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 116 words. This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using Microsoft Word in Times New Roman 14-point font, a proportionally spaced typeface.

Dated: May 22, 2026

*/s/ Aria C. Branch*
**ELIAS LAW GROUP LLP**
Aria C. Branch (D.C. Cir. 63057)

*Counsel for Democratic Party*
*Appellees*

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2026, I electronically filed the foregoing document with the Clerk of the Court of the United States Court of Appeals for the District of Columbia using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: May 22, 2026

*/s/ Aria C. Branch*
**ELIAS LAW GROUP LLP**
Aria C. Branch (D.C. Cir. 63057)

*Counsel for Democratic Party Appellees*

4